HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE R. KRONBERGER,<br><br>                          Plaintiff,<br><br>   v.<br><br>SNOHOMISH COUNTY, A Municipal Corporation in the State of Washington, ROBERT TRENARY; STUART ANDREWS, M.D.; LAUREN KOOIMAN; JOY MAINE; ANDREW FLETCHER; RACHELLE OBERG (fka RACHELLE ROSE); SHANE STEVIE; ROBIN OTTO; ROXANNE MARLER, AND JOHN AND JANE DOES 1-10; and ARAMARK CORRECTIONAL SERVICES, LLC, a Delaware limited liability company registered to do business in the State of Washington,<br><br>                         Defendant. | NO. 17-cv-00045-RSL<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY ARAMARK |

## **STIPULATION**

Plaintiff and Defendant Aramark Correctional Services, LLC ("Aramark") hereby stipulate and agree that Aramark may have an extension of thirty (30) days to March 13, 2017, in which to answer the Complaint for Damages.

---

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY ARAMARK - 1
Case No. 17-cv-00045-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\281\001 - GOHRANSON V. SNOHOMISH COUNTY\PLEADINGS\STIP TO EXTEND ANSWER

DATED this 13th day of February, 2017.

        MERRICK, HOFSTEDT & LINDSEY, P.S.

        By /s/ *Tamara K. Nelson*
           Tamara K. Nelson, WSBA #27679
           Merrick, Hofstedt & Lindsey, P.S.
           3101 Western Avenue, Suite 200
           Seattle, WA  98121
           Tel 206-682-0610
           Fax: 206-467-2680
           tnelson@mhlseattle.com

        Of Attorneys for Defendant Aramark Correctional Services, LLC

DATED this 13th day of February, 2017.

        BREWE LAYMAN, P.S.

        By /s/ *Karen D. Moore*
           Karen D. Moore, WSBA #21328
           Kenneth E. Brewe, WSBA #9220
           Brewe Layman, P.S.
           3525 Colby Avenue
           Everett, WA  98201
           Tel:      (425) 252-5167
           Fax:     (425) 252-9055
           Karenm@brewelaw.com
           Kennethb@brewelaw.com

        Of Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY ARAMARK - 2
Case No. 17-cv-00045-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON  98121
(206) 682-0610

L:\281\001 - GOHRANSON V. SNOHOMISH COUNTY\PLEADINGS\STIP TO EXTEND ANSWER

**ORDER**

This matter having come before the Court based on the stipulation set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby;

ORDERED that the time for filing an answer by defendant Aramark Correctional Services, LLC in this case is hereby extended until March 13, 2017.

DATED this 14th day of February, 2017.

Robert S. Lasnik
United States District Judge

APPROVED FOR ENTRY:

MERRICK HOFSTEDT & LINDSEY

By */s/ Tamara K. Nelson*
Tamara K. Nelson WSBA No. 27679
tnelson@mhlseattle.com
Attorneys for Defendant Aramark Correctional Services, LLC

BREWE LAYMAN, P.S.

By */s/ Karen D. Moore*
Karen D. Moore, WSBA #21328
Kenneth E. Brewe, WSBA #9220
Karenm@brewelaw.com
Kennethb@brewelaw.com
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING ANSWER BY ARAMARK - 3
Case No. 17-cv-00045-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\281\001 - GOHRANSON V. SNOHOMISH COUNTY\PLEADINGS\STIP TO EXTEND ANSWER