UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE R. KRONBERGER,<br><br>        Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY, *et al.*,<br><br>        Defendants. | NO. C17-0045RSL<br><br>ORDER |

This matter comes before the Court on "Aramark Correctional Services, LLC's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)." Dkt. # 17. The motion is unopposed (Dkt. # 20) and is therefore GRANTED.

Dated this 3rd day of April, 2017.

                      /s/ Robert S. Lasnik
                      Robert S. Lasnik
                      United States District Judge

ORDER - 1