UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON,<br><br>                Plaintiff,<br>     v.<br>SNOHOMISH COUNTY, *et al.*,<br><br>                Defendants. | No. C16-1124RSL |
| DALE R. KRONBERGER,<br><br>                Plaintiff,<br>     v.<br>SNOHOMISH COUNTY, *et al.*,<br><br>                Defendants. | No. C17-0045RSL<br><br>ORDER CONSOLIDATING CASES |

       This matter comes before the Court on the "Motion to Consolidate" filed on behalf of plaintiffs John T. Gohranson and Dale R. Kronberger. C16-1124, Dkt. # 53. Both of the above-captioned cases arise out of the death of Lindsay Kronberger while in pre-trial custody in the medial housing unit of the Snohomish County Jail. Both plaintiffs assert deliberate indifference claims against the County under 42 U.S.C. § 1983. Plaintiff Gohranson also asserts a negligence claim against two healthcare services corporations and their employees. All parties agree that these matters should be consolidated for discovery purposes, but one of the healthcare

ORDER CONSOLIDATING CASES - 1

defendants, Maxim Healthcare Services, Inc., opposes consolidation for trail because (a) there are no common issues of law between the two lawsuits and (b) presentation of evidence tending to show deliberate indifference will confuse the jury and prejudice the non-municipal defendants.

Having reviewed the memoranda of the parties and the remainder of the records, the Court finds that consolidation for all purposes is appropriate. Both cases involve identical claims against Snohomish County arising out of the same events. Although proof of the damages suffered by each plaintiff may vary, there are clearly common issues of law between the two lawsuits. Nor will consolidation put the Maxim defendants in a more precarious or vulnerable position than they currently hold: evidence of the County's deliberate indifference will be presented at their trail whether the cases are consolidated or not. The savings of time and effort produced by consolidation far outweigh any hypothetical prejudice that might befall the Maxim defendants.

Plaintiffs' motion to consolidate is GRANTED. It is hereby ORDERED that cause number C17-0045RSL be closed and all documents filed in the future regarding these matters shall be filed under cause number C16-1124RSL and bear the caption:

| | |
|---|---|
| JOHN T. GOHRANSON, *et al.*, | No. C16-1124RSL |
| Plaintiffs, | |
| v. | |
| SNOHOMISH COUNTY, *et al.*, | |
| Defendants. | |

Plaintiffs shall, within fourteen days of the date of this Order, file a Consolidated Complaint setting forth all of their claims in a single operative pleading. No new claims or parties shall be added. The existing case management schedule remains in place.

ORDER CONSOLIDATING CASES - 2

1  DATED this 25th day of July, 2017.

2

3  _MMS Lasnik_
   Robert S. Lasnik
4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONSOLIDATING CASES - 3